P. B. JAUDON AND J. F. JAUDON, AS JAUDON BROTHERS, *Plaintiffs in Error* v. FIDELITY BANK & TRUST COMPANY, A CORPORATION, *Defendant in Error.*

Opinion Filed February 3, 1921.

Where a declaration in two counts sufficiently alleges an acceptance of a check, and a promise to pay checks drawn as alleged, to state a cause of action, it is error to sustain a demurrer to the declaration.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

Judgment reversed.

*Taylor & Taylor* and *G. C. McClure,* for Plaintiffs in Error;

*Gramling & Clarkson,* for Defendant in Error.

PER CURIAM.—In an action to recover damages for the non-payment of a check drawn on it, the declaration in one count alleges ''that the said Fidelity & Trust Company upon the presentation of said check accepted the same,'' while the other count alleged a promise to pay checks drawn as alleged, and the other allegations are not repugnant to and do not neutralize the stated allegations.

The bill of particulars if properly made a part of the declaration does not negative the allegations of the declaration.

A demurrer to the declaration was sustained, and plaintiffs refusing to further plead, a final judgment on the demurrer was rendered for the defendant, and plaintiffs took writ of error.

The declaration even considered with the bill of particulars states a cause of action and was not subject to the demurrer interposed, therefore the judgment is reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.